# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 386 | **DATE** | 3/16/2006 |
| **CASE TITLE** | Rivalfish, Inc. vs. Tri-Lake, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1), this case is voluntarily dismissed without prejudice and without costs. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|